IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dorene A. Meinke, | : | |
|     Plaintiff | : | Civil Action 3:02-cv-362 |
| v. | : | Judge Rose |
| Michael J. Astrue, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
|     Defendant | : | |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's January 3, 2008 Report and Recommendation. No objections have been filed to the Report and Recommendation that this case be remanded to the Commissioner of Social Security for the administrative law judge to use the framework for identifying reflex sympathetic dystrophy as a medically determinable impairment set out in SSR 03-2p. The Court, having reviewed the record *de novo*, determines that this case must be remanded to the Commissioner to evaluate plaintiff's alleged reflex sympathetic dystrophy in accordance with SSR 03-2p.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. This case is **REMANDED** to the Commissioner for further proceedings consistent with SSR 03-2p and the Magistrate Judge's January 3, 2008 Report and Recommendation.

February 6, 2008                                             **s/THOMAS M. ROSE**

                                                                                         Thomas M. Rose
                                                                                         United States District Judge